No. 03-9933. BROWN v. OHIO. Ct. App. Ohio, Mahoning County. Certiorari denied.

No. 03-9934. BRUCE v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 03-9974. DORSEY v. YARBOROUGH, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03-9988. WALLIS v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 03-10004. TOMPKINS v. KELLY, SUPERINTENDENT, CENTRAL MISSISSIPPI CORRECTIONAL FACILITY. C. A. 5th Cir. Certiorari denied.

No: 03-10016. NASRALLAH v. ASHCROFT, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 03-10024. KIDD v. HOOKS, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03-10027. THORPE v. GRILLO ET AL. C. A. 3d Cir. Certiorari denied.

No. 03-10039. BROWN v. ATHENS REGIONAL MEDICAL CENTER. C. A. 11th Cir. Certiorari denied.

No. 03-10062. DUPONT v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 03-10082. FRAZIER v. SMALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03-10084. GROHS v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03-10101. FATY v. ASHCROFT, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.